UNITED STATES DISTRICT COURT                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 10/19/2016          CASE NUMBER: CR 16-00984-TUC-RM(EJM)

USA vs. Carolyn Hart McCord

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED  ☐ CUSTODY

U.S. MAGISTRATE JUDGE: ERIC J. MARKOVICH  Judge #: 70CA

U.S. Attorney Lauren LaBuff                    INTERPRETER REQ'D  N/A

Attorney for Defendant James Stuehringer (Retained)

☒ Oral Consent to be tried by Magistrate Judge  ☐ Misdemeanor Offense  ☒ Petty Offense

☒ Arr/Plea of Guilty entered as to the Information  ☒ The Indictment to be dismissed upon entry of judgment.

☒ Court accepts defendant's plea and finds plea to be freely and voluntarily given.

☐ **PSI ORDERED**  ☐ Time waived for passage of sentence  ☐ Probation violation

☒ Matter continued for sentencing to 11/21/2016 at 9:30 a.m. before Magistrate Judge Eric J. Markovich.

☐ Attorney for defendant waives the 10-day requirement within which to review the presentence report.

---

**SENTENCING**: Defendant committed to ☐ Bureau of Prisons for a period of _____

☐ jail type institution for a period of _____

---

OTHER: Counsel request the Court sentence the defendant to a term of 27 days home confinement. To best facilitate a sentence of this manner, the Court modifies the terms of the defendant's pretrial release and orders her placed on home confinement without electronic monitoring for a term of 27 days, with the agreement that she will be sentenced to time served at the sentencing hearing. An amended Order Setting Conditions of Release is not completed and a presentence report is not ordered.

The Report and Recommendation re: Motion to Sever Defendant (Doc. 49) is terminated as moot.

Sentencing is set for 11/21/2016 at 9:30 a.m. before Magistrate Judge Eric J. Markovich.

Thereafter, pretrial services is notified of the change in conditions  and sentencing agreement.

Recorded by Courtsmart          COP: 19 minutes
BY:  Sherry Gammon               Arr: 1 minute
Deputy Clerk

                                 Start time: 10:06 a.m.
                                 Stop time: 10:26 a.m.